UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-81374-CV-MIDDLEBROOKS

ALBERT MEDINA, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

DUNHILL 100 LLC, a Florida limited
liability company;

    Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff's Notice of Dismissal without Prejudice, filed December 5, 2018. (DE 6). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither. Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall **CLOSE THIS CASE**. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 10 day of December, 2018.

                                              DONALD M. MIDDLEBROOKS
                                              UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record